IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUSTIN WEST, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 3:15-cv-01058-P |
| § | |
| SAFECO INSURANCE COMPANY OF § | |
| INDIANA AND GIAN FIGARO, § | |
| § | |
| § | |
| Defendants. § | |

## JOINT MOTION TO REMAND

Plaintiff Justin West, and Defendants Safeco Insurance Company of Indiana ("Safeco") and Gian Figaro (collectively the "Parties"), by and through their respective counsel, hereby file this Joint Motion to Remand, and would show the Court as follows:

### I.

### BACKGROUND

This dispute arose out of a claim for hail and wind damage to Plaintiff's property. More specifically, Plaintiff submitted a claim for alleged storm damages to his home under a homeowner's insurance policy issued by Safeco to Plaintiff. A disagreement arose regarding the scope and extent of damages to Plaintiff's property. As a result, Plaintiff filed this lawsuit against Safeco and Figaro in the 68th Judicial District Court of Dallas County, Texas. Plaintiff named both Safeco Gian Figaro as a defendant. Figaro is the adjuster that inspected Plaintiff's property and provided an estimate of damages on behalf of Safeco.

Plaintiff sued Safeco and Figaro for violations of the Texas Insurance Code and the Texas Deceptive Trade Practices Act ("DTPA"), and Safeco only for breach of

---

contract and violations of Chapter 542 of the Texas Insurance Code (the "Prompt Payment Act").

On April 7, 2015, Safeco filed a Notice of Removal, thereby removing this case to this Court. Though Plaintiff named an individual defendant who is a resident of Texas (Figaro), Safeco nonetheless sought removal based on its claim that Defendant Figaro was improperly joined [**Dkt. No. 1**].

## II.

## AGREEMENT TO REMAND

The Parties have held constructive negotiations regarding the remand of this lawsuit. Safeco maintains its position as set forth in the Notice of Removal. However, in the interests of judicial economy, the Parties have agreed to remand this case to the Dallas County District Court.

## III.

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, the Parties hereby request that this Court remand this case to the Dallas County District Court, 68th Judicial District. The Parties further pray for all other relief to which they may be entitled and request that costs and fees be borne by the respective party incurring the same.

Respectfully submitted,

/s/ *Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
ELIZABETH D. KNIGHT
State Bar No. 24065566

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email:  mark.tillman@tb-llp.com
             elizabeth.knight@tb-llp.com

**ATTORNEYS FOR DEFENDANTS
SAFECO INSURANCE COMPANY OF
INDIANA AND GIAN FIGARO**

/s/ *Richard D. Daly*
Richard D. Daly
TBA No. 00796429
Ana M. Ene
TBA No. 24076368

**DALY & BLACK**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405 (Telephone)
(713) 655-1587 (Facsimile)
rdaly@dalyblack.com
aene@dalyblack.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic means on the 1st day of June, 2015.

/s/ *Mark D. Tillman*
MARK D. TILLMAN

---